# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**JIMMY D. SETTLE**,

                      Plaintiff,

v.                                  Case No. 13-cv-2013 EFM/GLR

**CREDIT WORLD SERVICES, INC., KIM DOE, DAVID HAYES & KELLY DOE,**

                      Defendant(s).

## NOTICE OF REMOVAL

Defendants/Petitioners Credit World Services, Inc., Kim Doe, David Hayes and Kelly Doe (hereafter, "Defendants"), by undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441 (a), and 1446, files this Notice of Removal of this cause of action from the District Court of Wyandotte County, Kansas, to the U.S. District Court for the District of Kansas. In support of this Notice of Removal, Defendants state:

1. On or about December 7th, 2012, Plaintiff filed an action in the District Court of Wyandotte County, Kansas, captioned: *Jimmy D. Settle v. Credit World Services, Inc., Kim Doe, David Hayes and Kelly Doe, the above named individuals acting on behalf [o]f Defendant CREDIT WORLD SERVICES, INC in their official capacity as Agents, Servants, Officers, Shareholders, Debt Collector and/or Employee(s);* Case No. 12LM9482. A copy of the state court file including the Petition served upon Defendants is attached hereto. *See* Exhibit "A".

2. Defendant Credit World Services, Inc. received Plaintiff's initial pleading through service or otherwise on December 7, 2012.

3. Defendant Kim Doe received Plaintiff's initial pleading through service or otherwise on December 7, 2012.

4. Defendant David Hayes received Plaintiff's initial pleading through service or otherwise on December 7, 2012.

5.      Defendant Kelly Doe received Plaintiff's initial pleading through service or otherwise on December 7, 2012.

6.      This Notice of Removal is filed within the time period authorized by 28 U.S.C. § 1446 (b).

7.      Plaintiff's alleged claims arise out of 15 U.S.C. 1692 et seq., also known as the Fair Debt Collection Practices Act, as well as 15 U.S.C. 1681 et seq., also known as the Fair Credit Reporting Act, and therefore constitute a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court under the provisions of 28 U.S.C. § 1441(a).

WHEREFORE Defendants/Petitioners Credit World Services, Inc., Kim Doe, David Hayes and Kelly Doe serve notice that this action is removed from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.

Defendants designate as the place for trial Kansas City, Kansas.

Respectfully Submitted,
**LARRY ENKELMANN, LLC**

_____
Scott F. Walterbach, KS #23505
Elliott C. Jaros, KS #25591
3000 NE Brooktree Lane, Suite 100
Kansas City, MO 64119
Phone (816) 436-7033, Fax (816) 436-2574
admin@lenklaw.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that this Notice was sent to the below by US Mail, postage prepaid, on this Friday, January 04, 2013:

Jimmy D. Settle
3125 West 44th Terr.
Kansas City, KS 66103
PLAINTIFF

_____
Scott F. Walterbach/Elliott C. Jaros