UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**JIMMY D. SETTLE**,

                      Plaintiff,       Case No. 13-CV-02013-EFM

v.

**CREDIT WORLD SERVICES, INC. ET AL.,**

                     Defendants.

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

Now on this 24th day of June, 2013, the Court being fully advised in the premises and good cause appearing therefore, hereby ORDERS all pending claims in the above matter are hereby dismissed *with prejudice*, at Plaintiff's cost, pursuant to the Stipulated Dismissal filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii).[1]

*[signature]*

HON. ERIC F. MELGREN

---

[1] Doc. 17